IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13 cr 14

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Vs. )<br>)<br>JAMES HARLEY MANEY, JR., )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Continue (#21) filed by counsel for Defendant requesting that a plea hearing, pursuant to Rule 11 of the Federal Rules of Criminal Procedure scheduled for September 12, 2013 be continued. It appears that counsel for Defendant wishes to attend the birth of his grandchild on September 12, 2013 in Charlotte, NC. Counsel for Defendant has conferred with the Assistant United States Attorney who has no objection to Defendant's motion. It appearing that extremely good cause has been shown for the granting of the motion and the motion will be allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion to Continue (#21) in the above entitled matter is hereby **ALLOWED** and the Rule 11 or plea hearing will be continued until **September 17, 2013 at 2:05 p.m.**

Signed: September 12, 2013

Dennis L. Howell
United States Magistrate Judge