IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13 cr 14

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **JAMES HARLEY MANEY, JR.** ) | |
| ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Notice of Withdrawal (#72) filed by the Defendant. On January 20, 2016 the undersigned entered an Order (#71) scheduling a hearing regarding the claim for exemptions filed by Defendant for February 2, 2016. On February 1, 2016, the Defendant filed a letter stating "I, James H Maney Jr. would like to withdraw my appeal case that is on the docket for February 2, 2016." The undersigned will consider this as being a notice of withdrawal of Defendant of his claim for exemptions (#67).

## ORDER

**IT IS, THEREFORE, ORDERED**, that the hearing set for February 2, 2016, pursuant to the Court's Order (#71), is hereby cancelled and the Defendant's Claim for Exemptions are hereby **DENIED** and **DISMISSED.**

Signed: February 4, 2016

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge